MAYOR &C. OF MORRISTOWN, appellant,

*v.*

GEORGE MCCULLOUGH MILLER, respondent.

GEORGE MCCULLOUGH MILLER, appellant,

*v.*

MAYOR &C. OF MORRISTOWN, respondent.

On appeal and cross-appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Miller* v. *Morristown, 2 Dick. Ch. Rep. 62.*

*Mr. George W. Forsyth*, counsel for the appellant in first case and for the respondent in second case.

*Mr. Edward Q. Keasbey*, counsel for the respondent in first case and for the appellant in second case.

PER CURIAM.

Decree affirmed, for the reasons given by the vice-chancellor.

*For affirmance*—DEPUE, DIXON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—9.

*For reversal*—None.